IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**PAM TOUCHARD**                                                                              **PLAINTIFF**

**v.**                                                                        **CIVIL ACTION NO. 1:21-cv-168-TBM-RPM**

**GEORGE COUNTY MISSISSIPPI SCHOOL DISTRICT**              **DEFENDANT**

## FINAL JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered this same day, this CASE is CLOSED.

This, the 11th day of January, 2024.

                                                                           **TAYLOR B. McNEEL**
                                                                    **UNITED STATES DISTRICT JUDGE**